Mark D. Flanagan (SBN: 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

Attorney for Defendant
TUYEN DUC PHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Prosecution,<br><br>  v.<br><br>TUYEN DUC PHAM, ET AL.,<br><br>               Defendants. | Case No.  5:20-MJ-70971 MAG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DETENTION HEARING** |

      Attorneys for the Prosecution and Defendant Tuyen Duc Pham hereby stipulate and agree, subject to the approval and Order of the Court, to move the current detention hearing set for June 28, 2021 at 1:00 p.m. to June 29, 2021 at 1:00 p.m.  The reason for the request is as follows:  there are no interview slots available at Alameda County Santa Rita Jail, where Mr. Pham remains in custody, until the morning of June 28, 2021 for Pretrial Services to conduct its investigation.  Pretrial Services concurs in this request.

Respectfully submitted,

| | |
|---|---|
| UNITED STATES ATTORNEY'S OFFICE | WILMER CUTLER PICKERING HALE AND DORR LLP |
| By: /s/ Maria T. Perez *(with permission)*<br>Maia T. Perez (#278215)<br>150 Almaden Blvd. Ste. #900<br>San Jose, CA 95113<br>(408) 535-5061<br>Maia.Perez@usdoj.gov | By: /s/ Mark D. Flanagan<br>Mark D. Flanagan (#130303)<br>2600 El Camino Real, Ste. #400<br>Palo Alto, CA 94306<br>(650) 858-6047<br>Mark.Flanagan@wilmerhale.com |
| *Attorney for Prosecution* | *Attorney for Defendant* |

IT IS SO ORDERED this  25th  day of June, 2021.

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA